ORIGINAL

B 5 (Official Form 5) (12/07)

| UNITED STATES BANKRUPTCY COURT<br>Central District of California | INVOLUNTARY<br>PETITION |
|---|---|

| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br><br>**Steven Sears** | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) |
|---|---|

| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN<br>(If more than one, state all.)<br>**5872** | |
|---|---|

| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>**18 Truman, Irvine, CA 92620** | MAILING ADDRESS OF DEBTOR (If different from street address) |
|---|---|

| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>**Orange                    92620**                                        ZIP CODE | <br>ZIP CODE |
|---|---|

| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses) |
|---|

| CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED<br><br>Chapter 7        ✔ Chapter 11 |
|---|

## INFORMATION REGARDING DEBTOR (Check applicable boxes)

| **Nature of Debts**<br>(Check **one** box.)<br><br>Petitioners believe:<br><br>✔ Debts are primarily consumer debts<br>☐ Debts are primarily business debts | **Type of Debtor**<br>(Form of Organization)<br><br>✔ Individual (Includes Joint Debtor)<br>☐ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | **Nature of Business**<br>(Check **one** box.)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in<br>    11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>✔ Other |
|---|---|---|

| **VENUE** | **FILING FEE** (Check one box) |
|---|---|
| ✔ Debtor has been domiciled or has had a residence, principal<br>place of business, or principal assets in the District for 180<br>days immediately preceding the date of this petition or for<br>a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general<br>partner or partnership is pending in this District. | ☐ Full Filing Fee attached<br><br>✔ Petitioner is a child support creditor or its representative, and the form<br>specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the*<br>*petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of*<br>*1994, no fee is required.]* |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER**
**OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| **ALLEGATIONS**<br>(Check applicable boxes) | **COURT USE ONLY** |
|---|---|
| 1.   ✔ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).<br>2.   ✔ The debtor is a person against whom an order for relief may be entered under title 11 of the United<br>States Code.<br>3.a. ✔ The debtor is generally not paying such debtor's debts as they become due, unless such debts are<br>the subject of a bona fide dispute as to liability or amount;<br>        or<br>b. _ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or<br>agent appointed or authorized to take charge of less than substantially all of the property of the<br>debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | **FILED**<br><br>FEB 2 4 2011<br><br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY                          Deputy Clerk |

B 5 (Official Form  5) (12/07) – Page 2                    Name of Debtor  Steven Sears

Case No._____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner.  Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

| REQUEST FOR RELIEF |
|---|
| Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.  If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached. |

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

*Bar No: 53778*

x _Nevine Carmelle_                             x _(signature)_                02/14/2011
Signature of Petitioner or Representative (State title)     Signature of Attorney                Date
Nevine Carmelle          02/14/2011          Philip D. Dapeer, a law corporation
Name of Petitioner          Date Signed          Name of Attorney Firm (If any)
                                                2625 Townsgate Road, Suite 330 Westlake Village CA
Name & Mailing          _Nevine Carmelle_          Address                                91361
Address of Individual          4790 Irvine Blvd #105          (323) 954-9144
Signing in Representative          Irvine, CA 92620          Telephone No.
Capacity

x _William C. Behrndt_                         x _____
Signature of Petitioner or Representative (State title)     Signature of Attorney                Date
William C. Behrndt          02/14/2011
Name of Petitioner          Date Signed          Name of Attorney Firm (If any)
                                                
Name & Mailing          Baron & Behrndt LLP          Address
Address of Individual          1110 Roosevelt Ave.
Signing in Representative          Irvine, CA 92620          Telephone No.
Capacity

x _B. Robert Farzad_          2/24/11          x _____
Signature of Petitioner or Representative (State title)     Signature of Attorney                Date
B. Robert Farzad          Date Signed
Name of Petitioner                    Name of Attorney Firm (If any)

Name & Mailing          Farzad & Mazarei, ALC          Address
Address of Individual          500 N. State College #910
Signing in Representative          Orange, CA 92868          Telephone No.
Capacity

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner<br>Nevine Carmelle, 4790 Irvine Blvd., #105, Irvine, CA 92620 | Nature of Claim<br>Child Support | Amount of Claim<br>708,258.00 |
| Name and Address of Petitioner<br>Baron & Behrndt LLP 1110 Roosevelt Ave. Irvine CA 92620 | Nature of Claim<br>Attorneys fees | Amount of Claim<br>40,000.00 |
| Name and Address of Petitioner          92620<br>Farzad & mazarei, ALC, 500 N. State Clle., Orange, CA | Nature of Claim<br>Attorneys fees | Amount of Claim<br>$18,575 |

| Note: | If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims |
|---|---|---|

_____continuation sheets attached

B 281
(12/94)

# United States Bankruptcy Court

_Central_ District Of _California_

In re _Steven Sears_
       Debtor

Case No. _____

Chapter __11__

## APPEARANCE OF CHILD SUPPORT CREDITOR*
## OR REPRESENTATIVE

I certify under penalty of perjury that I am a child support creditor* of the above-named debtor, or the authorized representative of such child support creditor, with respect to the child support obligation which is set out below.

Name:
Organization:
Address:

Telephone Number:

_____        x _Nevine Carmella_____
Date                                Child Support Creditor* or Authorized Representative

---

**Summary of Child Support Obligation**

Amount in arrears:

$ _708,258.00_

If Child Support has been assigned:

_There has been no assignment_

~~Amount of Support which is owed under assignment:~~

$ _708,258.00_

Amount currently due per week or per month: on a continuing basis:

$ _15,000_
  (per week) _(per month)_

Amount owed primary child support creditor (balance not assigned):

$ _708,258.00_

**Attach an itemized statement of account**

---

* Child support creditor includes both creditor to whom the debtor has a primary obligation to pay child support as well as any entity to whom such support has been assigned, if pursuant to Section 402(a)(26) of the Social Security Act or if such debt has been assigned to the Federal Government or to any State or political subdivision of a State.

B 281

## APPEARANCE OF CHILD SUPPORT CREDITOR OR REPRESENTATIVE

### Applicable Law and Rules

1.   Section 304(g) of the Bankruptcy Reform Act of 1994 (Public Law No. 103-394) provides:

> Child support creditors or their representatives shall be permitted to appear and
> intervene without charge, and without meeting any special local court rule
> requirement for attorney appearances, in any bankruptcy case or proceeding in any
> bankruptcy court or district court of the United States if such creditors or
> representatives file a form in such court that contains information detailing the child
> support debt, its status, and other characteristics.

2.   Section 101(12A) of the Bankruptcy Code (title 11 of the United States Code) defines a "debt
for child support" as "a debt of a kind specified in section 523(a)(5) of this title for
maintenance or support of a child of the debtor."

3.   Section 523(a)(5) of the Code excepts from discharge under sections 727, 1141, 1228(a),
1228(b), and 1328(b) any debt

> to a spouse, former spouse, or child of the debtor, for alimony to, maintenance for,
> or support of such spouse or child, in connection with a separation agreement,
> divorce decree or other order of a court of record, determination made in accord with
> state or territorial law by a governmental unit, or property settlement agreement, but
> not to the extent that --

>> (A)  such debt is assigned to another entity, voluntarily or by
>> operation of law, or otherwise (other than debts assigned pursuant to section
>> 402(a)(26) of the Social Security Act, or any such debt which has been
>> assigned to the Federal Government or to a State or any political subdivision
>> of such State); or

>> (B)  such debt includes a liability designated as alimony, maintenance,
>> or support, unless such liability is actually in the nature of alimony,
>> maintenance, or support.

B 281
continued

4. Item 6 of the Bankruptcy Court Miscellaneous Fee Schedule provides that, if a child support creditor or its representative files the form required by section 304(g) of the Bankruptcy Reform Act of 1994, no fee is to be charged to the child support creditor or representative for filing a complaint commencing an adversary proceeding.

5. Item 21 of the Miscellaneous Fee Schedule provides that, if a child support creditor or its representative files the form required by section 304(g), no fee is to be charged to the child support creditor or representative for filing a motion to terminate, annul, modify, or condition the automatic stay, a motion to compel abandonment of property of the estate pursuant to Fed. R. Bankr. P. 6007(b), or a motion to withdraw the reference of a case or proceeding under 28 U.S.C. § 157(d).

**Instructions**

**Caption**

1. Identify the Judicial District in which the bankruptcy case was filed. Example: Eastern District of California.

2. "In re": Insert the name of the debtor as it appears in the bankruptcy petition.

3. "Case No.": Insert the bankruptcy case number assigned by the court at the time of filing.

The instructions to the rest of the form are self-evident. Attach an itemized statement of account.

**General Information for the Clerk**

Form B 281 was issued to implement section 304(g) of the Bankruptcy Reform Act of 1994. The provision permits child support creditors or their representatives to appear and intervene without charge, and without meeting any special local court rule requirement for attorney appearances, in any bankruptcy case or proceeding if they file a form that contains information detailing the child support debt, its status, and other characteristics.

Nina Carmel vs. Steven Sears (Respondent)
Case Number 06-D-006424
Mar 31, 2010
Baron & Behrndt, LLP

| Date | Action | Payment Due | Paid | Penalty Bal | Interest Accr | Cred | Bal | Principal & Costs Cred | Bal |
|---|---|---|---|---|---|---|---|---|---|
| Nov 01, 2006 | @10.00% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Nov 01, 2006 | pmt due | 15000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15000.00 |
| Nov 01, 2006 | pmt | 0.00 | 600.00 | 0.00 | 0.00 | 0.00 | 0.00 | 600.00 | 14400.00 |
| Dec 01, 2006 | pmt due | 15000.00 | 0.00 | 0.00 | 118.36 | 0.00 | 118.36 | 0.00 | 29400.00 |
| Dec 01, 2006 | pmt | 0.00 | 600.00 | 0.00 | 0.00 | 0.00 | 118.36 | 600.00 | 28800.00 |
| Jan 01, 2007 | pmt due | 15000.00 | 0.00 | 0.00 | 244.60 | 0.00 | 362.96 | 0.00 | 43800.00 |
| Jan 01, 2007 | pmt | 0.00 | 600.00 | 0.00 | 0.00 | 0.00 | 362.96 | 600.00 | 43200.00 |
| Feb 01, 2007 | pmt due | 15000.00 | 0.00 | 0.00 | 366.90 | 0.00 | 729.86 | 0.00 | 58200.00 |
| Feb 01, 2007 | pmt | 0.00 | 600.00 | 0.00 | 0.00 | 0.00 | 729.86 | 600.00 | 57600.00 |
| Mar 01, 2007 | pmt due | 15000.00 | 0.00 | 0.00 | 441.86 | 0.00 | 1171.73 | 0.00 | 72600.00 |
| Mar 01, 2007 | pmt | 0.00 | 600.00 | 0.00 | 0.00 | 0.00 | 1171.73 | 600.00 | 72000.00 |
| Apr 01, 2007 | pmt due | 15000.00 | 0.00 | 0.00 | 611.51 | 0.00 | 1783.23 | 0.00 | 87000.00 |
| Apr 01, 2007 | pmt | 0.00 | 600.00 | 0.00 | 0.00 | 0.00 | 1783.23 | 600.00 | 86400.00 |
| May 01, 2007 | pmt due | 15000.00 | 0.00 | 0.00 | 710.14 | 0.00 | 2493.37 | 0.00 | 101400.00 |
| May 01, 2007 | pmt | 0.00 | 600.00 | 0.00 | 0.00 | 0.00 | 2493.37 | 600.00 | 100800.00 |
| Jun 01, 2007 | pmt due | 15000.00 | 0.00 | 0.00 | 856.11 | 0.00 | 3349.48 | 0.00 | 115800.00 |
| Jun 01, 2007 | pmt | 0.00 | 600.00 | 0.00 | 0.00 | 0.00 | 3349.48 | 600.00 | 115200.00 |
| Jul 01, 2007 | pmt due | 15000.00 | 0.00 | 0.00 | 946.85 | 0.00 | 4296.33 | 0.00 | 130200.00 |
| Jul 01, 2007 | pmt | 0.00 | 600.00 | 0.00 | 0.00 | 0.00 | 4296.33 | 600.00 | 129600.00 |
| Aug 01, 2007 | pmt due | 15000.00 | 0.00 | 0.00 | 1100.71 | 0.00 | 5397.04 | 0.00 | 144600.00 |
| Aug 01, 2007 | pmt | 0.00 | 600.00 | 0.00 | 0.00 | 0.00 | 5397.04 | 600.00 | 144000.00 |
| Sep 01, 2007 | pmt due | 15000.00 | 0.00 | 0.00 | 1223.01 | 0.00 | 6620.06 | 0.00 | 159000.00 |
| Sep 01, 2007 | pmt | 0.00 | 600.00 | 0.00 | 0.00 | 0.00 | 6620.06 | 600.00 | 158400.00 |
| Oct 01, 2007 | pmt due | 15000.00 | 0.00 | 0.00 | 1301.92 | 0.00 | 7921.97 | 0.00 | 173400.00 |
| Oct 01, 2007 | pmt | 0.00 | 600.00 | 0.00 | 0.00 | 0.00 | 7921.97 | 600.00 | 172800.00 |
| Nov 01, 2007 | pmt due | 15000.00 | 0.00 | 0.00 | 1467.62 | 0.00 | 9389.59 | 0.00 | 187800.00 |
| Nov 01, 2007 | pmt | 0.00 | 600.00 | 0.00 | 0.00 | 0.00 | 9389.59 | 600.00 | 187200.00 |
| Dec 01, 2007 | pmt due | 15000.00 | 0.00 | 0.00 | 1538.63 | 0.00 | 10928.22 | 0.00 | 202200.00 |
| Dec 01, 2007 | pmt | 0.00 | 600.00 | 0.00 | 0.00 | 0.00 | 10928.22 | 600.00 | 201600.00 |
| Jan 01, 2008 | pmt due | 15000.00 | 0.00 | 0.00 | 1712.22 | 0.00 | 12640.44 | 0.00 | 216600.00 |
| Jan 01, 2008 | pmt | 0.00 | 600.00 | 0.00 | 0.00 | 0.00 | 12640.44 | 600.00 | 216000.00 |
| Feb 01, 2008 | pmt due | 15000.00 | 0.00 | 0.00 | 1834.52 | 0.00 | 14474.96 | 0.00 | 231000.00 |
| Feb 01, 2008 | pmt | 0.00 | 600.00 | 0.00 | 0.00 | 0.00 | 14474.96 | 600.00 | 230400.00 |
| Mar 01, 2008 | pmt due | 15000.00 | 0.00 | 0.00 | 1830.58 | 0.00 | 16305.54 | 0.00 | 245400.00 |
| Mar 01, 2008 | pmt | 0.00 | 600.00 | 0.00 | 0.00 | 0.00 | 16305.54 | 600.00 | 244800.00 |
| Apr 01, 2008 | pmt due | 15000.00 | 0.00 | 0.00 | 2079.12 | 0.00 | 18384.66 | 0.00 | 259800.00 |
| Apr 01, 2008 | pmt | 0.00 | 600.00 | 0.00 | 0.00 | 0.00 | 18384.66 | 600.00 | 259200.00 |
| May 01, 2008 | pmt due | 15000.00 | 0.00 | 0.00 | 2130.41 | 0.00 | 20515.07 | 0.00 | 274200.00 |
| May 01, 2008 | pmt | 0.00 | 600.00 | 0.00 | 0.00 | 0.00 | 20515.07 | 600.00 | 273600.00 |
| Jun 01, 2008 | pmt due | 15000.00 | 0.00 | 0.00 | 2323.73 | 0.00 | 22838.80 | 0.00 | 288600.00 |
| Jun 01, 2008 | pmt | 0.00 | 600.00 | 0.00 | 0.00 | 0.00 | 22838.80 | 600.00 | 288000.00 |
| Jul 01, 2008 | pmt due | 15000.00 | 0.00 | 0.00 | 2367.12 | 0.00 | 25205.92 | 0.00 | 303000.00 |
| Jul 01, 2008 | pmt | 0.00 | 600.00 | 0.00 | 0.00 | 0.00 | 25205.92 | 600.00 | 302400.00 |
| Aug 01, 2008 | pmt due | 15000.00 | 0.00 | 0.00 | 2568.33 | 0.00 | 27774.25 | 0.00 | 317400.00 |
| Aug 01, 2008 | pmt | 0.00 | 600.00 | 0.00 | 0.00 | 0.00 | 27774.25 | 600.00 | 316800.00 |
| Sep 01, 2008 | pmt due | 15000.00 | 0.00 | 0.00 | 2690.63 | 0.00 | 30464.88 | 0.00 | 331800.00 |
| Oct 01, 2008 | pmt due | 15000.00 | 0.00 | 0.00 | 2727.12 | 0.00 | 33192.01 | 0.00 | 346800.00 |
| Nov 01, 2008 | pmt due | 15000.00 | 0.00 | 0.00 | 2945.43 | 0.00 | 36137.43 | 0.00 | 361800.00 |
| Dec 01, 2008 | pmt due | 15000.00 | 0.00 | 0.00 | 2973.70 | 0.00 | 39111.13 | 0.00 | 376800.00 |
| Jan 01, 2009 | pmt due | 15000.00 | 0.00 | 0.00 | 3200.22 | 0.00 | 42311.35 | 0.00 | 391800.00 |
| Feb 01, 2009 | pmt due | 15000.00 | 0.00 | 0.00 | 3327.62 | 0.00 | 45638.97 | 0.00 | 406800.00 |

CFLR Executioner - Version 2010-1; 02/14/2011 01:35 PM
Copyright (c) 2001, California Family Law Report, Inc

Nina Carmell vs. Steven Sears (Respondent)
Case Number 06D009042
Mar 31, 2010
Baron & Behrndt, LLP

| Date | Action | Payment | | Penalty | Interest | | | Principal & Costs | |
|---|---|---|---|---|---|---|---|---|---|
| | | Due | Paid | Bal | Accr | Cred | Bal | Cred | Bal |
| Mar 01, 2009 | pmt due | 15000.00 | 0.00 | 0.00 | 3120.66 | 0.00 | 48759.63 | 0.00 | 421800.00 |
| Apr 01, 2009 | pmt due | 15000.00 | 0.00 | 0.00 | 3582.41 | 0.00 | 52342.04 | 0.00 | 436800.00 |
| May 01, 2009 | pmt due | 15000.00 | 0.00 | 0.00 | 3590.14 | 0.00 | 55932.18 | 0.00 | 451800.00 |
| Jun 01, 2009 | pmt due | 15000.00 | 0.00 | 0.00 | 3837.21 | 0.00 | 59769.39 | 0.00 | 466800.00 |
| Jul 01, 2009 | pmt due | 15000.00 | 0.00 | 0.00 | 3836.71 | 0.00 | 63606.10 | 0.00 | 481800.00 |
| Aug 01, 2009 | pmt due | 15000.00 | 0.00 | 0.00 | 4092.00 | 0.00 | 67698.10 | 0.00 | 496800.00 |
| Sep 01, 2009 | pmt due | 15000.00 | 0.00 | 0.00 | 4219.40 | 0.00 | 71917.50 | 0.00 | 511800.00 |
| Oct 01, 2009 | pmt due | 15000.00 | 0.00 | 0.00 | 4206.58 | 0.00 | 76124.08 | 0.00 | 526800.00 |
| Nov 01, 2009 | pmt due | 15000.00 | 0.00 | 0.00 | 4474.19 | 0.00 | 80598.27 | 0.00 | 541800.00 |
| Dec 01, 2009 | pmt due | 15000.00 | 0.00 | 0.00 | 4453.15 | 0.00 | 85051.42 | 0.00 | 556800.00 |
| Jan 01, 2010 | pmt due | 15000.00 | 0.00 | 0.00 | 4728.99 | 0.00 | 89780.41 | 0.00 | 571800.00 |
| Feb 01, 2010 | pmt due | 15000.00 | 0.00 | 0.00 | 4856.38 | 0.00 | 94636.79 | 0.00 | 586800.00 |
| Mar 01, 2010 | pmt due | 15000.00 | 0.00 | 0.00 | 4501.48 | 0.00 | 99138.27 | 0.00 | 601800.00 |
| Mar 31, 2010 | appl | 0.00 | 0.00 | 0.00 | 4946.30 | 0.00 | 104084.58 | 0.00 | 601800.00 |
| **Mar 31, 2010** | **totals** | **615000.00** | **13200.00** | **0.00** | **104084.58** | **0.00** | **104084.58** | **13200.00** | **601800.00** |

CFLR Executioner - Version 2010-1; 02/14/2011 01:35 PM
Copyright (c) 2001, California Family Law Report, Inc

(c) 2008 West, a Thomson business. All rights reserved.

Nina Carmell vs. Steven Sears (Respondent), Case Number 06P000642, 2/14/2011

# Executioner Input Summary

**Case Name:**          Nina Carmell vs. Steven Sears (Respondent)

**Case Type:**          Child Support

**Default Date:**       Nov 01, 2006

**Application Date:**   Mar 31, 2010

**Payment Schedule:**   Starting Nov 01, 2006, $15,000.00 due monthly through Mar 31, 2010

**Last Pymt Due Date:** Mar 01, 2010
**Interest Rate Src:**  Judgment
**Interest Rates:**     Jan 01, 1983         10.00%
**Interest Year:**      365 days per year
**Interest Type:**      Simple
**Grace Period:**       0 days
**Round to dollar:**    False
**Fee for Writ:**       $15.00
**Payment Order:**      User Assignment - Cost, Interest, Principal, Penalty

**Payments Made:**      Nov 01, 2006         $600.00
                        Dec 01, 2006         $600.00
                        Jan 01, 2007         $600.00
                        Feb 01, 2007         $600.00
                        Mar 01, 2007         $600.00
                        Apr 01, 2007         $600.00
                        May 01, 2007         $600.00
                        Jun 01, 2007         $600.00
                        Jul 01, 2007         $600.00
                        Aug 01, 2007         $600.00
                        Sep 01, 2007         $600.00
                        Oct 01, 2007         $600.00
                        Nov 01, 2007         $600.00
                        Dec 01, 2007         $600.00
                        Jan 01, 2008         $600.00
                        Feb 01, 2008         $600.00
                        Mar 01, 2008         $600.00
                        Apr 01, 2008         $600.00
                        May 01, 2008         $600.00
                        Jun 01, 2008         $600.00
                        Jul 01, 2008         $600.00
                        Aug 01, 2008         $600.00

**Payments Total:**     $13,200.00

**Penalties accrue:**    from payment due date.

**Use 30-day Grace Period when calculating penalties:** true

William C. Bherndt, III, Baron & Behrndt, LLP
CFLR Executioner 2010-1(tm); 2/14/2011 1:35 PM

**Nina Carmell vs. Steven Sears (Respondent)** Page Number 06P000642, 2/14/2011

### Amounts Due Now

| | |
|---|---|
| Costs: | $0.00 |
| Principal: | $601,800.00 |
| *Interest: | $104,084.58 |
| **Fam C §4722 Penalty: | $0.00 |
| | ------------ |
| Total: | $705,884.58 |

Daily interest from Wednesday, March 31, 2010 is:   $164.88

\* Interest (and principal, if spousal or family support) is taxable to recipient in full in the year received, regardless of when due.
\*\* Penalty applicable to child support payments accruing after January 1, 1992, if Notice has been properly filed and served 30 days prior to issuance of this writ.

William C. Bherndt, III, Baron & Behrndt, LLP
CFLR Executioner 2010-1(tm); 2/14/2011 1:35 PM
(c) 2008 West, a Thomson business. All rights reserved.