| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Philip D. Dapeer-Philip D. Dapeer, a law corporation<br>2625 Townsgate Road, Suite 330<br>Westlake Village, CA 91361<br>Attorney for Nevine Carmelle<br><br>William C. Behrndt, Baron & Behrndt LLP<br>1110 Roosevelt Avenue<br>Irvine, CA 92620     -Pro Se<br><br>B. Robert Farzad, Farzad & Mazarei, LLC<br>500 N. State College, #910<br>Orange, CA 92868     -Pro Se<br><br>☑ *Attorney for Petitioning Creditor(s)*<br>☑ *Petitioning Creditor(s) appearing without attorney* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - Santa Ana _____ DIVISION

| In re: STEVEN SEARS | CASE NO.: 8:11-12525-MW |
|---|---|
| | CHAPTER: 11 |
| | **SUMMONS AND NOTICE OF STATUS CONFERENCE IN AN INVOLUNTARY BANKRUPTCY CASE** |
| Debtor(s). | |

To the above-named debtor(s):

Pursuant to 11 U.S.C. § 303, an involuntary petition was filed on _____2/24/11_____ in this bankruptcy court praying for the entry of an order for relief against you under chapter 11 of title 11 of the Bankruptcy Code. A copy of the involuntary petition accompanies this summons.

A status conference in the involuntary case commenced by the involuntary petition has been set for:

| | |
|---|---|
| **Hearing Date:** 3/21/11<br>**Time:** 1:30 P.M.<br>**Courtroom:** 6C | **Place:**<br>☐ 255 East Temple Street, Los Angeles, CA 90012<br>☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367<br>☐ 3420 Twelfth Street, Riverside, CA 92501<br>☑ 411 West Fourth Street, Santa Ana, CA 92701<br>☐ 1415 State Street, Santa Barbara, CA 93101 |

If you wish to oppose the entry of an order for relief, you must file with the clerk of this court an answer to the involuntary petition or a motion pursuant to FRBP 1011(c) within 21 days after the date of service of this summons and attached involuntary petition, plus an additional 3 days unless this summons and attached involuntary petition were served by personal delivery or posting as described in F.R.Civ.P. 5(b)(2)(A)-(B). At the same time, you must also serve a copy of the answer or motion on the petitioner's attorney (or on the petitioner, if the petitioner does not have an attorney) at the address indicated above. If you file a motion under FRPB 1011(c), your time to answer the petition will be governed by that rule.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2010                                   Page 1                                   **F 1010-1.SUMMONS**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document described as **SUMMONS AND NOTICE OF STATUS CONFERENCE IN AN INVOLUNTARY BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____    _____    _____
Date    Type Name    Signature

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2010    Page 3    **F 1010-1.SUMMONS**

**TO THE DEBTOR(S):**

IF YOU FAIL TO TIMELY FILE A RESPONSE TO THIS SUMMONS, THE BANKRUPTCY COURT MAY ENTER AN ORDER FOR RELIEF IN ACCORDANCE WITH 11 U.S.C. § 303(h).

**TO THE PETITIONING CREDITOR(S):**

IF YOU FAIL TO TIMELY SERVE THE SUMMONS AND INVOLUNTARY PETITION AND/OR TO FILE PROOF OF SERVICE OF DOCUMENT THEREOF WITH THE COURT OR TO APPEAR AT THE STATUS CONFERENCE, THIS INVOLUNTARY CASE MAY BE DISMISSED IN ACCORDANCE WITH LBR 1010-1.

KATHLEEN J. CAMPBELL
CLERK OF COURT



Date: 3/10/11

By: _Nichie Bolte_

Deputy Clerk

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2010                                    Page 2                                    F 1010-1.SUMMONS