

FILED & ENTERED

MAR 22 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re:

Steven Sears

　　　　　　　　　　　　　　Debtor(s),

Case No.: 8:11-12525-MW

Chapter: 11

SCHEDULING ORDER

Date:　　March 21, 2011
Time:　　1:30 P.M.
Location: Courtroom 6C
　　　　　411 West 4th St.
　　　　　Santa Ana, CA 92701

　　　　This proceeding having been assigned to the undersigned judge, and the Debtor having indicated through counsel that he intends to contest the involuntary petition filed against him,

IT IS HEREBY ORDERED:

　　1. The following dates shall apply to this proceeding:

　　　　Due Date of Opposition to Motion to Dismiss:　　April 11, 2011

　　　　Hearing on Motion to Dismiss:　　April 20, 2011 @ 1:30 p.m.

　　　　Status Conference:　　April 20, 2011 @ 1:30 p.m.

　　　　Discovery Cutoff (all discovery motions

| | |
|---|---|
| must be heard by this date): | May 13, 2011 |
| Deadline for hearing all pretrial motions: | May 31, 2011 |
| Pretrial Conference: | June 6, 2011 @ 1:30 p.m. |
| Trial: | June 28, 2011 |

In view of the mandate imposed by Federal Rule of Bankruptcy Procedure 1013(a) that "[t]he court shall determine the issues of a contested petition at the earliest practicable time and forthwith enter an order for relief", it is highly unlikely that any of the dates listed above will be continued.

2. The above trial date is a stacking date. An actual trial date will be assigned during the pretrial conference. The actual trial date is likely to be within five court days of the stacking date and definitely will be within the same month as the stacking date.

3. This order applies to counsel for all parties and to individuals not represented by counsel.

4. Unless otherwise ordered, the Federal Rules of Bankruptcy Procedure applicable in involuntary cases and the Local Bankruptcy Rules shall apply to this matter.

5. All counsel and parties must comply with Local Bankruptcy Rule 7016-1, which requires filing a joint status report at least fourteen days (or a unilateral status report at least seven days) before the status conference. The status report shall be prepared on Local Form No. F 7016-1.

6. The parties must include in their joint status report a statement, in compliance with Local Bankruptcy Rule 7026-1(b)(2), that they have met to discuss settlement and that they have exchanged documents, other evidence, lists of witnesses and preliminary discovery schedules.

7. The court will not schedule more than one motion for summary judgment on any given calendar date. If a party waits until just before the pretrial motion deadline date to schedule a hearing on a motion for summary judgment, it is likely the motion will not be set for hearing.

8. Pursuant to Local Bankruptcy Rule 7016-1(b)(1), a joint pretrial order in strict compliance with the provisions of Local Bankruptcy Rule 7016-1(b)(2) shall be lodged at least fourteen days before the date set for the pretrial conference.

9. Failure to comply with the provisions of this order may subject the responsible party to sanctions.

10. Failure to appear at a status conference or a pretrial conference may be considered an abandonment or failure to prosecute or defend diligently, and the proceeding may be dismissed or judgment may be entered against the defaulting party.

###

DATED: March 22, 2011

*Mark S. Wallace*
United States Bankruptcy Judge

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **SCHEDULING ORDER** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of March 21, 2011, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below:

Nancy S Goldenberg     nancy.goldenberg@usdoj.gov
United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Nevine Carmelle
4790 Irvine Blvd #105
Irvine, CA 92620

William C Behrndt
Baron & Behrndt LLP
1110 Roosevelt Ave
Irvine, CA 92620

Philip D Dapeer
Philip D Dapeer, a law corporation
2625 Townsgate Rd Ste 330
Westlake Village, CA 91361

B Robert Farzad
Farzad & Mazarei, ALC
500 N State College #910
Orange, CA 92868

Steven Sears
18 Truman
Irvine, CA 92620

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page