I, Yvonne Tran, declare as follows:

1. I am a creditor of Alleged Debtor Steven Sears ("Alleged Debtor"). I have personal knowledge of the facts set forth below and, if called upon as a witness, I would and could competently testify thereto.

2. I make this declaration in support of the Motion To Dismiss Involuntary Chapter 11 Bankruptcy Petition (the "Motion").

3. Alleged Debtor owes me approximately $1,400,000 pursuant to a Judgment entered against Alleged Debtor.

4. I agree to defer collection proceedings against Alleged Debtor in the involuntary petition filed against him on February 24, 2011 while the pending appellate matter entitled *Nevine Carmelle v. Steven Sears*, Case No. G044104 filed in the Court of Appeal, Fourth Appellate District and the family law matter entitled *Yvonne Tran v. Steven Sears* Case No. 07P001074 filed in the Orange County Superior Court is resolved.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct

Executed on March 28, 2011 at Orange County California.

_____
Yvonne Tran

-1-

I, Gloria Lee, declare as follows:

1. I am a creditor of Alleged Debtor Steven Sears ("Alleged Debtor"). I have personal knowledge of the facts set forth below and, if called upon as a witness, I would and could competently testify thereto.

2. I make this declaration in support of the Motion To Dismiss Involuntary Chapter 11 Bankruptcy Petition (the "Motion").

3. Alleged Debtor owes me approximately $710,000 pursuant to a Judgment entered against Alleged Debtor.

4. I agree to defer collection proceedings against Alleged Debtor in the involuntary petition filed against him on February 24, 2011 while the pending appellate matter entitled *Nevine Carmelle v. Steven Sears*, Case No. G044104 filed in the Court of Appeal, Fourth Appellate District and the family law matter entitled *Gloria Lee v. Steven Sears* Case No. 07P001075 filed in the Orange County Superior Court is resolved.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed on March 28, 2011 at Irvine, California.

_____
Gloria Lee

-1-

## DECLARATION OF GLADYS BAZAN

I, Gladys Bazan, declare as follows:

1. I am a creditor of Alleged Debtor Steven Sears ("Alleged Debtor"). I have personal knowledge of the facts set forth below and, if called upon as a witness, I would and could competently testify thereto.

2. I make this declaration in support of the Motion To Dismiss Involuntary Chapter 11 Bankruptcy Petition (the "Motion").

3. Alleged Debtor owes me approximately $1,400,000 pursuant to a Judgment entered against Alleged Debtor.

4. I agree to defer collection proceedings against Alleged Debtor in the involuntary petition filed against him on February 24, 2011 while the pending appellate matter entitled *Nevine Carmelle v. Steven Sears*, Case No. G044104 filed in the Court of Appeal, Fourth Appellate District and the family law matter entitled *Gladys Bazan v. Steven Sears* Case No. 07P001073 filed in the Orange County Superior Court is resolved.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed on March 28th, 2011 at ____Irvine____, California.

_____
Gladys Bazan

-1-

NOTE: When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I.
Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

Case 8:11-bk-12525-MW    Doc 11    Filed 03/29/11    Entered 03/29/11 23:02:50    Desc
Main Document    Page 4 of 4

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

19600 Fairchild Road, Suite 295 Irvine, CA 92612

A true and correct copy of the foregoing document described as **_Declaration to Motion to Dismiss Involuntary Chapter 11 Bankruptcy Petition_** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **_3/29/2011,_** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

# Nancy S Goldenberg nancy.goldenberg@usdoj.gov
# United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served): On **_3/29/2011,_** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Mark Wallace
411 West Fourth Street, Suite 6135 / Courtroom 6C Santa Ana, CA 92701-4593

William C Behrndt
Baron & Behrndt LLP
1110 Roosevelt Ave
Irvine, CA 92620

Phillip Dapeer
2625 Townsgate Rd Ste 330
Westlake Village, CA

B Robert Farzad
500 N State College #910
Orange, CA 92868

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **_Fill in Date Document is Filed,_** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| 3/29/2011 | Andrew Jafroudi | /s/ Andrew Jafroudi |
| Date | Type Name | Signature |