PHILIP D. DAPEER (State Bar No. 53378)
PHILIP D. DAPEER
A Law Corporation
2625 Townsgate Road, Suite 330
Westlake Village, California 91361-5749
Telephone: (323) 954-9144
Facsimile: (323) 954-0457

Attorney for Petitioning Creditors

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>STEVEN SEARS,<br><br>    Debtor. | Case No.: 8:11-bk-12525-MW<br><br>[Chapter 11]<br><br>**EVIDENCE OBJECTIONS TO THE TRAN, LEE, BAZAN AND SEARS DECLARATIONS**<br><br>Date: April 20, 2011<br>Time: 1:30 a.m.<br>Ctrm: 6C |

1      Petitioning creditors submit the following evidence objections to the Tran, Lee, Bazan and Sears declarations:

     1.     The declarations offered in support of the motion to dismiss are objected to as calling inadmissible hearsay and not matters of which judicial notice may be taken except for the exhibits attached as Exhibits 1, 2 and 4 to the Sears declaration. Exhibit 3 is inadmissible hearsay and not subject to a request for judicial notice under Federal Rules of Evidence, Rule 201.

DATED: April 10, 2011            PHILIP D. DAPEER
                                            A Law Corporation

                                            _____
                                            PHILIP D. DAPEER
                                            Attorney for Petitioning Creditors

| In re: STEVEN SEARS, | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 8:11-12525-MW |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.
Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

### PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2625 Townsgate Road, Suite 330, Westlake Village, CA 91361-5749

A true and correct copy of the foregoing document described **EVIDENCE OBJECTIONS TO THE TRAN, LEE, BAZAN AND SEARS DECLARATIONS** as will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On April 11, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

    Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
    United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
    Gerald Wolfe    gerald@gwesq.com, ecf.gwesq@gmail.com

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On April 11, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

William C. Behrndt, Esq.
Baron & Behrndt LLP
1110 Roosevelt Avenue
Irvine, CA 92620

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

1

1  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

2

3  _____    /s/ Philip D. Dapeer
4  Date: April __, 2011    Philip D. Dapeer    Signature

2