GERALD WOLFE (SBN 180599)
LAW OFFICE OF GERALD WOLFE
19600 FAIRCHILD ROAD, SUITE 295
IRVINE, CALIFORNIA 92612
TELEPHONE (949) 257-0961
FACSIMILE (949) 878-4840

ATTORNEY FOR ALLEGED DEBTOR
STEVEN SEARS

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| IN RE:<br><br>STEVEN SEARS<br><br>      Debtor, | CASE NO. 8:11-bk-12525 MW<br><br>CHAPTER: 11<br>JUDGE: MARK S. WALLACE<br><br>REPLY TO OPPOSITION TO MOTION TO DISMISS OR SUSPEND INVOLUNTARY CHAPTER 11 BANKRUPTCY PETITION PURSUANT TO 11 USC § 305(a);<br><br>DATE: June 6, 2011<br>TIME: 1:30 PM<br>COURTROOM: 6C |

**REPLY TO OPPOSITION TO MOTION TO DISMISS OR SUSPEND**

In its Opposition, counsel for the petitioning creditors argue that the Alleged Debtor is unable to bring this instant motion because the issues presented in its Motion To Dismiss under 12(b)(6) ("12(b)(6) Motion") filed on March 28, 2011 (Docket No. 9) are the same as the issues presented in the instant Motion to Dismiss under 11 USC 305(a) ("305(a) Motion") filed on May 10, 2011 (Docket No. 31). Therefore, the 305(a) Motion is a veiled attempt at a motion for reconsideration on the 12(b)(6) Motion and therefore sanctions should be issued. However, this

argument has a fatal flaw in that opposing counsel has ignored the court's prior ruling. As a preliminary matter the imposition of sanctions is totally inappropriate.[1]

This Court stated that it would entertain a 305(a) Motion as the court considered the prior motion a 12(b)(6) Motion only. In fact, the court ruled that the issues regarding abstention or any other issues that were not part of the pleading were not properly brought forth in the 12(b)(6) Motion and that the court would entertain an abstention motion or another substantive motion at a later date.

The Court was unable to rule on the substantive declarations because the Court took the position that it was ruling on the 12(b)(6) Motion and not a motion to dismiss under 11 USC 305(a). The Court left open the opportunity for the Alleged Debtor to file a 305(a) motion.

Therefore, to the extent that the Order denying the 12(b)(6) Motion (Docket Number 26) encompassed and denied a yet to be filed 305(a) Motion, the Order should be amended to reflect the accuracy of the actual ruling and remove the language related to 11 USC 305(a) or abstention.

DATE: May 23, 2011

                                       /s/ Gerald Wolfe
                                 GERALD WOLFE
                                 Attorney for Alleged Debtor
                                 Steven Sears

---

[1] If petitioning creditor believes sanctions are warranted, the petitioning creditor can bring an appropriate motion under the appropriate code section and provide appropriate notice.

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**19600 Fairchild Road, Suite 295 Irvine, CA 92612**

A true and correct copy of the foregoing document described as **Reply to Opposition to Motion to Dismiss or Suspend Involuntary Chapter 11 Bankruptcy Petition;** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On *5/24/2011,* I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Nancy S Goldenberg   nancy.goldenberg@usdoj.gov
United States Trustee (SA)   ustpregion16.sa.ecf@usdoj.gov
Philip D Dapeer   PhilipDapeer@AOL.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On *5/24/2011,* I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**The Honorable Mark Wallace**
**411 West fourth Street, Suite 6135/ courtroom 6C**
**Santa Ana, CA 92701-4593**

| | |
|---|---|
| **William C Behrndt**<br>**Baron Behrndt, LLP**<br>**1110 Roosevelt Ave**<br>**Irvine, CA 92620** | **B Robert Farzad**<br>**500 N. Tate College #910**<br>**Orange, CA 92868** |

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *Fill in Date Document is Filed,* I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 5/24/2011 | Andrew Jafroudi | /s/ Andrew Jafroudi |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                    **F 9013-3.1.PROOF.SERVICE**